FILED IN OPEN COURT
7/2/19
BY: H McDonald
DEPUTY CLERK
Danville DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:19CR00023 |
| | : | |
| v. | : | INFORMATION |
| | : | |
| ROSALYND CARISSA LONDON | : | Violation: 18 U.S.C. § 641 |

The United States Attorney charges:

**COUNT ONE**
**(18 U.S.C. § 641 – Theft of Government Property)**

1. That from in or about January 2011 through in or about July 2017, in the Western District of Virginia and elsewhere, the defendant, ROSALYND CARISSA LONDON, did knowingly and willfully steal and convert to her own use and to the use of another, money and property of the Social Security Administration, a department or agency of the United States, such money and property having a value in excess of $1,000.

2. All in violation of Title 18, United States Code, Section 641.

Date: 7/2/19

for THOMAS T. CULLEN
United States Attorney

1